

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2012

No. 04-12-00682-CV

**IN RE** Maria **RODRIGUEZ**

Original Mandamus Proceeding[1]

### ORDER

Sitting:     Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Phylis J. Speedlin, Justice

On October 17, 2012, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on October 29, 2012.

_____
Phylis J. Speedlin, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2012.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2012-PC-03294, styled *Maria Elena Rodriguez v. City of San Antonio,* pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Cathy Stryker presiding. However, the order complained of was signed by the Honorable David A. Berchelmann, presiding judge of the 37th Judicial District Court, Bexar County, Texas.